JENNINGS SIGMOND, P.C.
BY: JENNIFER L. HOPE (030072007)
PHILIP A. LOZANO
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0617

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al.<br>Plaintiffs,<br>v.<br>UNITED METAL GLASS, INC<br>a/k/a United Metal and Glass, Inc.,<br>a/k/a United Metals & Glass, Inc.<br>Defendant,<br>and<br>CHASE BANK<br>Garnishee. | MISC. ACTION NO.<br>2:09-mc-005(HAA)<br><br>ORDER |

Upon consideration of Plaintiffs' Motion to Turn Over Garnished Funds, and response thereto, if any, it is on this  8th  day of  June , 2009 **ORDERED** that Garnishee, Chase Bank, turnover to Plaintiff, the sum of $59,421.05 due and owing to Defendant United Metal Glass, Inc., a/k/a United Metal and Glass, Inc., a/k/a United Metal & Glass, Inc, held by Chase Bank; and it is

**FURTHER ORDERED** that a copy of this order be served within  5  days upon all attorneys of record in this action as well as parties appearing Pro Se.

BY THE COURT:

Harold A. Ackerman
J.
**United States District Court**

202817-1